# NEW CASE ON APPEAL

CASE NO: MA1555247E

NAME: JUAN LOPEZ FLORES

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/14/2015 10:50:36 AM
LISA MATZ
Clerk

LIZ MATZ, CLERK
COURT OF APPEALS FOR THE
FIFTH SUPREME JUDICIAL DISTRICT
OF TEXAS, DALLAS, TX

BY: Rowe M. Ramos
    Deputy Clerk

Trial Court No. MA1555247E

Court of Appeals No. 05

The State of Texas

In the County Court #4

V.

JUAN LOPEZFLORES

of Dallas

County, Texas

## DOCKETING CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS

The Records of my office show that:

(1)    The Defendant named above was convicted in this court of the offense of: ASSAULT F/V

(2)    The Honorable JANE RODEN presided at the trial.

(3)    The state is represented by AMANDA INGRAM

(4)    The Defendant is represented by:JAMES JAMISON; (Name & Address)

(5)    Defendant's Counsel was:Retained ☐ Appointed ☒ Pro Se☐

(6)    The sentence imposted was 180 DAYS JAIL

(7)    The sentence did ☐ did not ☒ follow a plea bargain after a plea of guilty or no contest was entered before the court.

(8)    The sentence was imposed or suspended on 10/28/15. (date)

(9)    A motion for new trial was ☒(date      ) was not ☒ filed.

(10)   The date notice of appeal given:10/28/15

(11)   Defendant is in jail ☒ or on $      bond.

(12)   Defendant has ☒ has not ☐ been declared unable to pay costs.

(13)   The court reporter who reported the evidence was:MARISSA GARZA; 133 N. RIVERFRONT, DALLAS, TX 75207(Name & Address)

(14)   If two or more cases were tried together (same defendant) list case numbers only:     . If companion case, list docket number & defendant's name:

(Note: Send separate certificate for eash case appealed)

Witness my hand this 4TH day of NOVEMBER, 20015

Clerk of the County Criminal Court #4

Of Dallas County, Texas

By:DAQUETTER FREEMAN Deputy

Cause No.   MA15-55247-E

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| VS. | § | COURT NUMBER ___4___ |
| Juan Lopez-Flores | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_Jane Rhode_ _____   _10/27/15_ _____
Judge                           Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x _Juan Lopez Flores_ _____
Defendant
Mailing Address:

Telephone #:
Fax # (if any):

_____
Defendant's Counsel
State Bar No.:
Mailing Address:

Telephone #:
Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 1/2012

NO. MA15-55247-E

THE STATE OF TEXAS       Ø       IN THE COUNTY CRIMINAL CT   4

VS Juan Lopez Flores     Ø       OF DALLAS COUNTY, TEXAS

                 Ø       _____ TERM 20 ____

### WRITTEN NOTICE OF APPEAL

NOW COMES THE DEFENDANT IN THE ABOVE STYLED AND NUMBERED CAUSE, ON THIS THE __28__ DAY OF __October__, A.D., 20 __15__, AND WITHIN THE TIME AS REQUIRED BY LAW AND FILED THIS HIS WRITTEN NOTICE OF APPEAL OF SAID CONVICTION TO THE COURT OF APPEALS FOR THE STATE OF TEXAS.

WHEREFORE, PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS NOTICE OF APPEAL BE ENTERED OF RECORD THIS DATE. AND THAT APPEAL COUNSEL BE APPOINTED

                                        Juan Lopez Flores

2015 OCT 28 PM 2:35



                                     DEFENDANT

                                     ATTORNEY FOR DEFENDANT

                                     ATTORNEY'S ADDRESS

                                     ATTORNEY'S TELEPHONE #

                                     TEXAS BAR CARD NUMBER

### ORDER

THE FOREGOING NOTICE OF APPEAL IS CALLED TO THE ATTENTION OF THE COURT ON THE DAY OF FILING THEREOF, DEFENDANT BEING CONFINED IN THE DALLAS COUNTY JAIL, THE COURT FIXED THE AMOUNT OF THE BOND HEREIN AT _____ PENDING FINAL DETERMINATION OF APPEAL HEREIN. AND THAT APPEAL COUNSEL BE APPOINTED

                                     JUDGE